UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEAN SHIM, on behalf of herself and all others similarly situated, | Honorable Esther Salas |
| Plaintiff, | Civil Action No.: 2:18-cv-15368-ES-MAH |
| vs. | |
| CAVALRY PORTFOLIO SERVICES, LLC; APOTHAKER SCIAN, P.C.; DOES 1-10; and JOHN DOEs 1-25, | |
| Defendants. | |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by Plaintiff and Defendant, pursuant to Fed.R.Civ.P. 41, that the within matter is dismissed with prejudice and without costs as to all parties.

Jean Shim
Plaintiff

_/s/ Jean Shim_
Jean Shim
33 Ross Street
East Orange, NJ 07018
(862) 438-4766

Dated:

Maurice Wutscher, LLP
Attorneys for Defendant
Cavalry Portfolio Services, LLC

**/s/ Thomas R. Dominczyk**
Thomas R. Dominczyk, Esq.
5 Walter E. Foran Blvd., Suite 2007
Flemington, NJ 08822
(908) 237-4550

Dated: May 26, 2020

And now, this 4th day of June 2020, the above Stipulation is approved. The Clerk of Court shall close this case. **SO ORDERED**

_____
Hon. Esther Salas, U.S.D.J.